UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 06cv2652-DMS(POR) |
| Plaintiff, | ORDER FOR STIPULATED JUDGMENT OF FORFEITURE |
| v. | |
| $55,262.00 IN U.S. CURRENCY, | |
| $1,218.00 IN U.S. CURRENCY, | |
| $874.00 IN U.S. CURRENCY, | |
| Defendants. | |

Having reviewed the Joint Motion For Forfeiture of Defendant Currency and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

The Joint Motion is approved;

1. Defendants $55,262.00 in U.S. currency, $1,218.00 in U.S. currency, and $874.00 in U.S. currency are all hereby condemned and forfeited to the United States.

2. Any costs incurred by the United States incident to the seizure and forfeiture of the defendant currency shall be borne by the United States.

//

3. Claimant agrees that by entering into this stipulation, he has not "substantially prevailed" within the meaning of Title 28, United States Code, Section 2465. All parties shall bear their own costs and expenses, including all attorney fees.

4. The person or persons who made the seizure or the prosecutor shall not be liable to suit or judgment on account of such seizure in accordance with Title 28, United States Code, Section 2465.

5. The terms of this settlement do not affect the tax obligations, fines, penalties, or any other monetary obligations the claimant may owe to the United States.

6. The Claimant, his agents, employees, or assigns, shall hold and save harmless the United States of America, its agents and employees, from any and all claims which might result from the seizure and custody of the defendants.

7. This case is hereby ordered closed. Let judgment be entered accordingly.

DATED: November 5, 2007

_____
HON. DANA M. SABRAW
United States District Judge